# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE V. ANDREWS D/B/A STEVES CHARBURGERS NO. 2; and DOES 1-10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-3960 PA (SKx)**<br>Assigned to Hon. Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: October 11, 2018  _____
United States District Court Judge